**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____ Chapter **11**

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Golden Touch Transportation, LLC** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Gold Park Orlando** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **26-2052284** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**7330 Narcoossee Road**<br>**Orlando, FL 32822**<br>Number, Street, City, State & ZIP Code<br><br>**Orange**<br>County | **Mailing address, if different from principal place of business**<br><br>**7350 Narcoossee Road**<br>**Orlando, FL 32822**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor    **Golden Touch Transportation, LLC**    Case number *(if known)*
             <u>Name</u>

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor  **Golden Touch Transportation, LLC**  Case number (*if known*) _____
       Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   **Golden Touch Transportation, LLC**　　　　　　　　　　　Case number (*if known*) _____
　　　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/24/18
　　　　　　　　MM / DD / YYYY

X _____　　　**Islam Ahmed**
　Signature of authorized representative of debtor　　Printed name

Title   **Manager**

**18. Signature of attorney**

X _____　　　Date   4/24/18
　Signature of attorney for debtor　　　　　　　　　　　　MM / DD / YYYY

**Justin M. Luna   0037131**
Printed name

**Latham, Shuker, Eden & Beaudine, LLP**
Firm name

**PO Box 3353**
**Orlando, FL 32802-3353**
Number, Street, City, State & ZIP Code

Contact phone   **(407) 481-5800**　　　Email address _____

**0037131 FL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Golden Touch Transportation, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Ala Mahmoud<br>7 Main Street<br>Safaga<br>Red Sea, Egypt 84731 | | Business Loan | | | | $250,000.00 |
| Ashraf Ghobashy<br>656 Shadowmoss Circle<br>Lake Mary, FL 32746 | | Business Loan | | | | $20,000.00 |
| Carlos Lopez<br>10616 Savannah Plantation Ct<br>Orlando, FL 32832 | | Business Loan | | | | $20,000.00 |
| Michael Sterns<br>8208 Druid Hills Reserve<br>Atlanta, GA 30329 | | Business Loan | | | | $20,000.00 |
| Ragab Ahmed<br>25 EBN E Walid St.<br>Safaga<br>Red Sea, Egypt 84731 | | Business Loan | | | | $250,000.00 |
| Talaal Abdulkudos<br>21 A Dawlatyan<br>Shoubra<br>Cairo, Egypt 11672 | | Business Loan | | | | $360,000.00 |
| Yousef Naem<br>7 Tafteesh El Rai Aghakan<br>Shoubra<br>Cairo, Egypt 11672 | | Business Loan | | | | $280,000.00 |

Fill in this information to identify the case:

Debtor name: **Golden Touch Transportation, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/24/18

X /s/ Islam Ahmed
Signature of individual signing on behalf of debtor

**Islam Ahmed**
Printed name

**Manager**
Position or relationship to debtor

# United States Bankruptcy Court
## Middle District of Florida

In re   Golden Touch Transportation, LLC                                    Case No.
                                    Debtor(s)                               Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Saad Ahmed<br>932 Crystal Bay Lane<br>Orlando, FL 32828 | n/a | 5% | Membership |
| Vivian Barzo<br>932 Crystal Bay Lane<br>Orlando, FL 32828 | n/a | 95% | Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   4/24/18                                Signature   _____
                                                          Islam Ahmed

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Middle District of Florida

In re   **Golden Touch Transportation, LLC**                          Case No.  _____

                                                 Debtor(s)            Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **04/24/18**                            _____
                                               **Islam Ahmed/Manager**
                                               Signer/Title

Justin M. Luna                          JDA MultipleService LLC                   Sunray Paving & Constuction
Latham, Shuker, Eden & Beaudine, LLP    9007 Flat Rock Lane                       929 Eyrie Drive
PO Box 3353                             Orlando, FL 32832                         Oviedo, FL 32765
Orlando, FL 32802-3353


787 Mofongo                             Michael Sterns                            Surelock
c/o Juan Carlos Ayala                   8208 Druid Hills Reserve                  7628 Narcoossee Road
13148 Woodford Street                   Atlanta, GA 30329                         Orlando, FL 32822
Orlando, FL 32832


Akerman, LLP                            Mobility Works                            Talaal Abdulkudos
Attn: Christian P George Esq            7444 Narcoossee Road                      21 A Dawlatyan
50 N. Laura St., Ste. 3100              Orlando, FL 32822                         Shoubra
Jacksonville, FL 32202                                                            Cairo, Egypt 11672


Ala Mahmoud                             Orange Co. Code Enforcement               Thrive Christian Church
7 Main Street                           2450 W. 33rd Street                       10524 Moss Park, Ste. 204
Safaga                                  Orlando, FL 32839                         Orlando, FL 32832
Red Sea, Egypt 84731


Ashraf Ghobashy                         Orange Cty Tax Collector                  Vivian Barzo
656 Shadowmoss Circle                   Attn: Scott Randolph                      932 Crystal Bay Lane
Lake Mary, FL 32746                     PO Box 545100                             Orlando, FL 32828
                                        Orlando, FL 32802-2551


Carlos Lopez                            Orlando Citrus, Inc.                      Yousef Naem
10616 Savannah Plantation Ct            3156 Yorych Lane                          7 Tafteesh El Rai Aghakan
Orlando, FL 32832                       Orlando, FL 32822                         Shoubra
                                                                                  Cairo, Egypt 11672


CenterState Bank                        Penske Truck Leasing Co., LP
111 N. Magnolia Ave.                    PO Box 391
Suite 100                               Reading, PA 19603-0391
Orlando, FL 32801


Florida Nativescapes, LLC               PNC Bank, NA
4409 Hoffner Ave., Ste. 311             3401 Raleigh Road Parkway
Orlando, FL 32812                       Building 8
                                        Wilson, NC 27896


Ford Motor Credit Co.                   Ragab Ahmed
PO Box 650575                           25 EBN E Walid St.
Dallas, TX 75265                        Safaga
                                        Red Sea, Egypt 84731

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Golden Touch Transportation, LLC**  
Debtor(s)

Case No. _____  
Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 8,383.00 |
   | Prior to the filing of this statement I have received | $ 8,383.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

4-24-18  
Date

*/s/ Justin M. Luna*  
Justin M. Luna 0037131  
*Signature of Attorney*  
Latham, Shuker, Eden & Beaudine, LLP  
PO Box 3353  
Orlando, FL 32802-3353  
(407) 481-5800  Fax: (407) 481-5801  
*Name of law firm*