# United States Bankruptcy Court
## Middle District of Florida

In re   **Golden Touch Transportation, LLC**                                    Case No.   **6:18-bk-02348-KSJ**
                                            Debtor(s)                           Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Golden Touch Transportation, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_5-2-18_
Date

_____
**Justin M. Luna 0037131**
Signature of Attorney or Litigant
Counsel for   **Golden Touch Transportation, LLC**
**Latham, Shuker, Eden & Beaudine, LLP**
**PO Box 3353**
**Orlando, FL 32802-3353**
**(407) 481-5800 Fax:(407) 481-5801**