**Fill in this information to identify the case:**

Debtor name: Golden Touch Transportation, LLC

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): 6:18-bk-02348-KSJ

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)
- ■ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ■ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ■ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ■ Schedule H: Codebtors (Official Form 206H)
- ■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/08/18          X _____[signature]_____
                              Signature of individual signing on behalf of debtor

                              **Islam Ahmed**
                              Printed name

                              **Manager**
                              Position or relationship to debtor

Fill in this information to identify the case:

Debtor name  **Golden Touch Transportation, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **6:18-bk-02348-KSJ**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................... $ 1,950,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................... $ 218,060.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................... $ 2,168,060.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................... $ 1,558,292.81

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... $ 1,238.93

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ 1,200,000.00

4. **Total liabilities** .............................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                         $ 2,759,531.74

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Golden Touch Transportation, LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | 6:18-bk-02348-KSJ |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America<br>5809 Goldenrod Road<br>Orlando, FL 32822 | Checking Account - Operating | 5266 | $60.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        $60.00

### Part 2:  Deposits and Prepayments
**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:  Accounts receivable
**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:  Investments
**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Debtor  **Golden Touch Transportation, LLC**                    Case number *(If known)* **6:18-bk-02348-KSJ**
         Name

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No. Go to Part 6.
- ☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ■ Yes Fill in the information below.

|   | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Small amount of office furniture and fixtures consisting of 1 sofa, 1 computer desk, 1 reception desk and 2 bookshelves. | $1,000.00 | Liquidation | $1,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Office computer equipment consisting of 3 HP computers, 2 security systems, 2 printers, 2 phone systems, 5 monitors (3 for computers and 2 for security systems) and 1 credit card machine. | $5,000.00 | Liquidation | $5,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                                    $6,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    - ■ No
    - ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.

Debtor   **Golden Touch Transportation, LLC**               Case number *(If known)*  **6:18-bk-02348-KSJ**
         Name

■ Yes Fill in the information below.

| | **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of<br>debtor's interest**<br>(Where available) | **Valuation method used<br>for current value** | **Current value of<br>debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2017 Ford Transit Van**<br>**72k miles**<br>**VIN# 1FBVU4XG1HKA29872** | $35,000.00 | Liquidation | $35,000.00 |
| 47.2. | **2007 Chevy Bus**<br>**285k miles**<br>**VIN# 1GBE5V1227F408127** | $8,000.00 | Liquidation | $8,000.00 |
| 47.3. | **2008 Ford Krystal Bus**<br>**112k miles**<br>**VIN# 1FDAF56R68EC79597** | $35,000.00 | Liquidation | $35,000.00 |
| 47.4. | **2005 Ford Krystal Bus**<br>**185k miles**<br>**VIN# 1FDXE45P25HA46639** | $14,000.00 | Liquidation | $14,000.00 |
| 47.5. | **2005 GMC Van**<br>**280k miles**<br>**VIN# 1GDJG31U651195313** | $4,000.00 | Liquidation | $4,000.00 |
| 47.6. | **2001 Ford Van**<br>**140k miles**<br>**VIN# 1FBSS31L01F201440** | $3,000.00 | Liquidation | $3,000.00 |
| 47.7. | **2001 Blue Bird Bus**<br>**300k miles**<br>**VIN# 1BAGECPA01F201440** | $7,000.00 | Liquidation | $7,000.00 |
| 47.8. | **1996 Ford Convert Van**<br>**140k miles**<br>**VIN# 1FDXE45P25HA46639** | $6,000.00 | Liquidation | $6,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                                                                                             $112,000.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property                          page 3

Debtor   **Golden Touch Transportation, LLC**    Case number *(If known)* **6:18-bk-02348-KSJ**
           Name

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **7330 Narcoossee Road**<br>**Orlando, FL 32822**<br>**Parcel ID:**<br>**25-23-30-0000-00055** | Fee Simple | $650,000.00 | Tax records | $650,000.00 |
| 55.2. **7340 Narcoossee Road**<br>**Orlando, FL 32822**<br><br>**Business Address** | Fee Simple | $650,000.00 | Tax records | $650,000.00 |
| 55.3. **7350 Narcoossee Road, Orlando, FL 32822**<br>**Parcel ID:** | Fee Simple | $650,000.00 | Tax records | $650,000.00 |

56. **Total of Part 9.**    $1,950,000.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    - ■ No
    - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

## Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:  All other assets

Debtor    <u>Golden Touch Transportation, LLC</u>          Case number *(If known)* <u>6:18-bk-02348-KSJ</u>
              Name

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

                                                                                   **Current value of debtor's interest**

| | | |
|---|---|---|
| 71. | **Notes receivable** <br> Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** <br> **Construction Claim against Sunray Paving & Contruction.** | $100,000.00 |
| | Nature of claim     Failure to perform construction services <br> Amount requested     $100,000.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership <br> **United Modular 24' x 52' manufactured building** <br> **SN# UM-1160-1164** | Unknown |
| 78. | **Total of Part 11.** <br> Add lines 71 through 77. Copy the total to line 90. | $100,000.00 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** <br> ■ No <br> ☐ Yes | |

Debtor  **Golden Touch Transportation, LLC**          Case number *(If known)* **6:18-bk-02348-KSJ**
        Name

### Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $60.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $112,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...........................> | | $1,950,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $100,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $218,060.00   + 91b. | $1,950,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,168,060.00 |

**Fill in this information to identify the case:**

Debtor name: **Golden Touch Transportation, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): **6:18-bk-02348-KSJ**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **CenterState Bank**<br>Creditor's Name<br><br>**111 N. Magnolia Ave.**<br>**Suite 100**<br>**Orlando, FL 32801**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**September 8, 2016**<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**7340 Narcoossee Road**<br>**Orlando, FL 32822**<br><br>**Business Address**<br><br>Describe the lien<br>**Mortgage**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$215,000.00** | **$650,000.00** |
| **2.2** **CenterState Bank**<br>Creditor's Name<br>**111 N. Magnolia Ave.**<br>**Suite 100**<br>**Orlando, FL 32801**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**June 30, 2015**<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property? | Describe debtor's property that is subject to a lien<br>**7330 Narcoossee Road**<br>**Orlando, FL 32822**<br>**Parcel ID: 25-23-30-0000-00055**<br><br>Describe the lien<br>**Business Loans / Notes**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | **$1,200,000.00** | **$650,000.00** |

Debtor **Golden Touch Transportation, LLC**     Case number (if known) **6:18-bk-02348-KSJ**
Name

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
1. CenterState Bank
2. Orange Co. Code Enforcement

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **CenterState Bank** | Describe debtor's property that is subject to a lien | $38,494.28 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name
**111 N. Magnolia Ave.
Suite 100
Orlando, FL 32801**
Creditor's mailing address

**2008 Ford Krystal Bus
112k miles
VIN# 1FDAF56R68EC79597**

Describe the lien
**Business Loan**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ford Motor Credit Co.** | Describe debtor's property that is subject to a lien | $35,000.00 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 650575
Dallas, TX 75265**
Creditor's mailing address

**2017 Ford Transit Van
72k miles
VIN# 1FBVU4XG1HKA29872**

Describe the lien
**Auto Loan**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**Feb 2017**
Last 4 digits of account number
**1899**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Orange Co. Code Enforcement** | Describe debtor's property that is subject to a lien | $34,950.00 | $650,000.00 |
|---|---|---|---|---|

Creditor's Name
**2450 W. 33rd Street
Orlando, FL 32839**
Creditor's mailing address

**7330 Narcoossee Road
Orlando, FL 32822
Parcel ID: 25-23-30-0000-00055**

Describe the lien
**Code Enforcement Fine / Lien**

---

Debtor **Golden Touch Transportation, LLC**
Name

Case number (if know) **6:18-bk-02348-KSJ**

---

Creditor's email address, if known

**Date debt was incurred**
**8/21/2017**
**Last 4 digits of account number**
**883Z**
**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.6 | **Orange Cty Tax Collector** | Describe debtor's property that is subject to a lien | $9,550.53 | $9,550.53 |

Creditor's Name
**Attn: Scott Randolph**
**PO Box 545100**
**Orlando, FL 32802-2551**
Creditor's mailing address

**Real Property Taxes**
**Parcel ID: 25-23-30-0000-00055**

Describe the lien
**Tax Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**
**1/1/2018**
**Last 4 digits of account number**
**3916**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **PNC Bank, NA** | Describe debtor's property that is subject to a lien | $10,000.00 | $8,000.00 |

Creditor's Name
**3401 Raleigh Road Parkway**
**Building 8**
**Wilson, NC 27896**
Creditor's mailing address

**2007 Chevy Bus**
**285k miles**
**VIN# 1GBE5V1227F408127**

Describe the lien
**Business Loan**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**
**May 2014**
**Last 4 digits of account number**
**0284**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    **Golden Touch Transportation, LLC**           Case number (if known)    **6:18-bk-02348-KSJ**
        Name

| 2.8 | **PNC Bank, NA** | Describe debtor's property that is subject to a lien | $5,000.00 | $4,000.00 |
|---|---|---|---|---|

Creditor's Name
**3401 Raleigh Road Parkway**
**Building 8**
**Wilson, NC 27896**
Creditor's mailing address

**2005 GMC Van**
**280k miles**
**VIN# 1GDJG31U651195313**

Describe the lien
**Business Loan**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.9 | **Sunray Paving & Constuction** | Describe debtor's property that is subject to a lien | $10,298.00 | $650,000.00 |
|---|---|---|---|---|

Creditor's Name

**929 Eyrie Drive**
**Oviedo, FL 32765**
Creditor's mailing address

**7350 Narcoossee Road, Orlando, FL 32822**

Describe the lien
**Contractor's Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2/28/2017**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$1,558,292.81**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | Golden Touch Transportation, LLC | Case number (if know) | 6:18-bk-02348-KSJ |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Akerman, LLP<br>Attn: Christian P George Esq<br>50 N. Laura St., Ste. 3100<br>Jacksonville, FL 32202 | Line 2.1 | |
| Akerman, LLP<br>Attn: Christian P George Esq<br>50 N. Laura St., Ste. 3100<br>Jacksonville, FL 32202 | Line 2.2 | |
| Robert L. Case, Esq.<br>220 North Rosalind Ave<br>Orlando, FL 32801 | Line 2.9 | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Golden Touch Transportation, LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | 6:18-bk-02348-KSJ |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   |   | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Services**<br>**P.O. Box 7346**<br>**Philadephia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $1,238.93 | $1,238.93 |
|   | Date or dates debt was incurred<br>**12/31/2017** | Basis for the claim:<br>**Taxes** | | |
|   | Last 4 digits of account number **2284** | Is the claim subject to offset? | | |
|   | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|   |   |   | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Ala Mahmoud**<br>**7 Main Street**<br>**Safaga**<br>**Red Sea, Egypt   84731** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $250,000.00 |
|   | Date(s) debt was incurred **June 2014** | Basis for the claim: **Business Loan** | |
|   | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Ashraf Ghobashy**<br>**656 Shadowmoss Circle**<br>**Lake Mary, FL 32746** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,000.00 |
|   | Date(s) debt was incurred **September 2016** | Basis for the claim: **Business Loan** | |
|   | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

**Debtor** Golden Touch Transportation, LLC    **Case number (if known)** 6:18-bk-02348-KSJ

---

**3.3 Nonpriority creditor's name and mailing address**
Carlos Lopez
10616 Savannah Plantation Ct
Orlando, FL 32832

Date(s) debt was incurred **October 2016**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,000.00**

---

**3.4 Nonpriority creditor's name and mailing address**
Michael Sterns
8208 Druid Hills Reserve
Atlanta, GA 30329

Date(s) debt was incurred **June 2015**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,000.00**

---

**3.5 Nonpriority creditor's name and mailing address**
Ragab Ahmed
25 EBN E Walid St.
Safaga
Red Sea, Egypt  84731

Date(s) debt was incurred **September 2014**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$250,000.00**

---

**3.6 Nonpriority creditor's name and mailing address**
Talaal Abdulkudos
21 A Dawlatyan
Shoubra
Cairo, Egypt  11672

Date(s) debt was incurred **February 2014**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$360,000.00**

---

**3.7 Nonpriority creditor's name and mailing address**
Yousef Naem
7 Tafteesh El Rai Aghakan
Shoubra
Cairo, Egypt  11672

Date(s) debt was incurred **February 2014**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$280,000.00**

---

## Part 3: List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 1,238.93 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,200,000.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 1,201,238.93 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Golden Touch Transportation, LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | 6:18-bk-02348-KSJ |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**     State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Monthly lease for parking spaces located at Debtor's address. | |
|---|---|---|---|
| | State the term remaining | Monthly lease | 787 Mofongo |
| | List the contract number of any government contract | | c/o Juan Carlos Ayala |
| | | | 13148 Woodford Street |
| | | | Orlando, FL 32832 |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Monthly lease for parking spaces located at Debtor's address. | |
|---|---|---|---|
| | State the term remaining | Monthly lease | |
| | List the contract number of any government contract | | Florida Nativescapes, LLC |
| | | | 4409 Hoffner Ave., Ste. 311 |
| | | | Orlando, FL 32812 |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Gold Park Orlando, LLC |
| | | | 7330 Narcoossee Road |
| | | | Orlando, FL 32822 |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Monthly lease for parking spaces located at Debtor's address. | |
|---|---|---|---|
| | State the term remaining | Monthly lease | Gross Professional Trucking |
| | | | Attn: Israel Gross |
| | List the contract number of any government contract | | 4117 S Semoran Blvd, Apt 16 |
| | | | Orlando, FL 32822 |

Debtor 1  **Golden Touch Transportation, LLC**                                    Case number *(if known)*  **6:18-bk-02348-KSJ**
          First Name   Middle Name   Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                                State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Monthly lease for parking spaces located at Debtor's address.** | |
|---|---|---|---|
| | State the term remaining | **Monthly lease** | **JDA MultipleService LLC**<br>9007 Flat Rock Lane<br>Orlando, FL 32832 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Monthly lease for parking spaces located at Debtor's address.** | |
|---|---|---|---|
| | State the term remaining | **Monthly lease** | **Mobility Works**<br>7444 Narcoossee Road<br>Orlando, FL 32822 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Monthly lease for parking spaces located at Debtor's address.** | |
|---|---|---|---|
| | State the term remaining | **Monthly lease** | **Orlando Citrus, Inc.**<br>3156 Yorych Lane<br>Orlando, FL 32822 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Monthly lease for parking spaces located at Debtor's address.** | |
|---|---|---|---|
| | State the term remaining | **Monthly lease** | **Penske Truck Leasing Co., LP**<br>PO Box 391<br>Reading, PA 19603-0391 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Monthly lease for parking spaces located at Debtor's address.** | |
|---|---|---|---|
| | State the term remaining | **Monthly lease** | **Surelock**<br>7628 Narcoossee Road<br>Orlando, FL 32822 |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Monthly lease for parking spaces located at Debtor's address.** | |
|---|---|---|---|
| | State the term remaining | **Monthly lease** | **Thrive Christian Church**<br>10524 Moss Park, Ste. 204<br>Orlando, FL 32832 |
| | List the contract number of any | | |

Debtor 1  **Golden Touch Transportation, LLC**              Case number *(if known)*  **6:18-bk-02348-KSJ**
     First Name    Middle Name    Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

Fill in this information to identify the case:

Debtor name: **Golden Touch Transportation, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **6:18-bk-02348-KSJ**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor | Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Saad Ahmed | 932 Crystal Bay Lane<br>Orlando, FL 32828 | Ford Motor Credit Co. | ■ D 2.4<br>☐ E/F<br>☐ G |
| 2.2 | Saad Ahmed | 932 Crystal Bay Lane<br>Orlando, FL 32828 | CenterState Bank | ■ D 2.1<br>☐ E/F<br>☐ G |
| 2.3 | Saad Ahmed | 932 Crystal Bay Lane<br>Orlando, FL 32828 | CenterState Bank | ■ D 2.2<br>☐ E/F<br>☐ G |
| 2.4 | Saad Ahmed | 932 Crystal Bay Lane<br>Orlando, FL 32828 | CenterState Bank | ■ D 2.3<br>☐ E/F<br>☐ G |
| 2.5 | Vivien Barzo | 932 Crystal Bay Lane<br>Orlando, FL 32828 | Ford Motor Credit Co. | ■ D 2.4<br>☐ E/F<br>☐ G |

Debtor   **Golden Touch Transportation, LLC**          Case number *(if known)*   **6:18-bk-02348-KSJ**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                              *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | **Vivien Barzo** | 932 Crystal Bay Lane<br>Orlando, FL 32828 | **CenterState Bank** | ■ D  2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **Vivien Barzo** | 932 Crystal Bay Lane<br>Orlando, FL 32828 | **CenterState Bank** | ■ D  2.2<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **Vivien Barzo** | 932 Crystal Bay Lane<br>Orlando, FL 32828 | **CenterState Bank** | ■ D  2.3<br>☐ E/F ____<br>☐ G ____ |