### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION
### www.flmb.uscourts.gov

In re:                                                    CASE NO.: 6:18-bk-02348-KSJ

GOLDEN TOUCH                                   CHAPTER 11
TRANSPORTATION, LLC,

      Debtor.

_____/

### AMENDMENT BY DEBTOR TO SCHEDULE B – PERSONAL PROPERTY; THE STATEMENT OF FINANCIAL AFFAIRS; AND AMENDED SUMMARY OF SCHEDULES

**GOLDEN TOUCH TRANSPORTATION, LLC** ("Debtor"), files this Amendment to their Schedules (Doc. No. 17) and Statement of Financial Affairs (Doc. No. 18) as follows:

1.      Schedule B – Personal Property (Item No. 7) is amended to include two (2) Security Deposits held at Duke Energy with a total amount of $235.00 (Account Nos. 71457-96413 and 36818-74521).

2.      Statement of Financial Affairs – (Item No. 11) is amended to reflect that the payment(s) related to bankruptcy received by Latham Shuker was paid by Gold Park Orlando, LLC and not the Debtor.

The Amended Summary of Schedules are attached as **Exhibit A.**

Under penalty of perjury, I certify that the foregoing is true and correct to the best of my knowledge, information, and belief.

**DATED** this 11th day of June 2018.

By: _____
      Saad Ahmed

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                CASE NO.: 6:18-bk-02348-KSJ

**GOLDEN TOUCH**                                       **CHAPTER 11**
**TRANSPORTATION, LLC,**

      Debtor.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the above **AMENDMENT BY DEBTOR TO SCHEDULE B – PERSONAL PROPERTY; THE STATEMENT OF FINANCIAL AFFAIRS AND AMENDED SUMMARY OF SCHEDULES**, together with any exhibits, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: **GOLDEN TOUCH TRANSPORATION, LLC**, 7350 Narcoossee Road, Orlando, Florida 32822; **CENTERSTATE BANK, N.A.**, c/o Christian P. George, Esq., 50 North Laura Street, Suite 3100, Jacksonville, Florida 32202 (christian.george@akerman.com); **CENTERSTATE BANK, N.A.**, c/o Raye C. Elliott, Esq., 401 East Jackson Street, Suite 1700, Tampa, Florida 33602 (raye.elliott@akerman.com); **DUKE ENERGY**, P.O. Box 1004, Charlotte, NC 28201; all creditors and interested parties as shown on the matrix attached to the original of this amendment filed with the Court, and the **U.S. TRUSTEE'S OFFICE**, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, on this 11th day of June 2018

Any new additional parties, have been served a copy of the amendment, and, as applicable, the Notice of Commencement of Case, Section 341 Meeting of Creditors, and Fixing Deadlines.

/s/ Justin M. Luna, Esq.
Justin M. Luna, Esq.
Florida Bar No. 0037131
jluna@lseblaw.com
bknotice@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
111 N. Magnolia Ave, Suite 1400
P.O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
*Attorneys for Debtor*

2

Label Matrix for local noticing
113A-6
Case 6:18-bk-02348-KSJ
Middle District of Florida
Orlando
Mon Jun 11 11:48:05 EDT 2018

CenterState Bank, N.A., as successor in inte
c/o Christian P. George, Esq.
Akerman LLP
50 N. Laura St.
Suite 3100
Jacksonville, FL 32202-3659

Ford Motor Credit Company LLC
c/o Roger A. Kelly, Esq.
PO Box 3146
Orlando, FL 32802-3146

Golden Touch Transportation,  LLC
7350 Narcoossee Road
Orlando, FL 32822-5536

787 Mofongo
c/o Juan Carlos Ayala
13148 Woodford Street
Orlando, FL 32832-6958

Akerman, LLP
Attn: Christian P George Esq
50 N. Laura St., Ste. 3100
Jacksonville, FL 32202-3659

Ala Mahmoud
7 Main Street
Safaga
Red Sea, Egypt, 84731

Ashraf Ghobashy
656 Shadowmoss Circle
Lake Mary, FL 32746-4421

Carlos Lopez
10616 Savannah Plantation Ct
Orlando, FL 32832-5100

CenterState Bank
111 N. Magnolia Ave.
Suite 100
Orlando, FL 32801-2364

CenterState Bank, N.A., as successor
in interest to Harbor Community Bank
c/o Christian P. George, Esq.
50 N. Laura St., Suite 3100
Jacksonville, FL 32202-3659

CenterState Bank, N.A., as successor
in interest to Harbor Community Bank
c/o Raye C. Elliott, Esq.
401 E. Jackson St., Suite 1700
Tampa, FL 33602-5250

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Nativescapes, LLC
4409 Hoffner Ave., Ste. 311
Orlando, FL 32812-2331

Ford Motor Credit Co.
PO Box 650575
Dallas, TX 75265-0575

Ford Motor Credit Company LLC
c/o Roger A. Kelly, Esquire
P.O. Box 3146
Orlando, FL  32802-3146

Gold Park Orlando, LLC
7330 Narcoossee Road
Orlando, FL 32822-5536

Gross Professional Trucking
Attn: Israel Gross
4117 S Semoran Blvd, Apt 16
Orlando, FL 32822-2415

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

JDA MultipleService LLC
9007 Flat Rock Lane
Orlando, FL 32832-7082

Michael Sterns
8208 Druid Hills Reserve
Atlanta, GA 30329-2063

Mobility Works
7444 Narcoossee Road
Orlando, FL 32822-5548

Orange Co. Code Enforcement
2450 W. 33rd Street
Orlando, FL 32839-8726

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

Orange Cty Tax Collector
Attn:  Scott Randolph
PO Box 545100
Orlando, FL 32854-5100

Orlando Citrus, Inc.
3156 Yorych Lane
Orlando, FL 32822-7863

PNC Bank, NA
3401 Raleigh Road Parkway
Building 8
Wilson, NC 27896-8229

Penske Truck Leasing Co., LP
PO Box 391
Reading, PA 19603-0391

Ragab Ahmed
25 EBN E Walid St.
Safaga
Red Sea, Egypt, 84731

Saad Ahmed
932 Crystal Bay Lane
Orlando, FL 32828-6637

Stovash, Case & Tingley, P.A.
Attn: Robert L. Case, Esq.
220 North Rosalind Ave.
Orlando, FL 32801-3517

Sunray Paving & Constuction
929 Eyrie Drive
Oviedo, FL 32765-8861

Surelock
7628 Narcoossee Road
Orlando, FL 32822-5540

Talaal Abdulkudos
21 A Dawlatyan
Shoubra
Cairo, Egypt, 11672

Thrive Christian Church
10524 Moss Park, Ste. 204
Orlando, FL 32832-5801

Vivian Barzo
932 Crystal Bay Lane
Orlando, FL 32828-6637

Yousef Naem
7 Tafteesh El Rai Aghakan
Shoubra
Cairo, Egypt, 11672

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Roger A Kelly +
Rush, Marshall, Jones & Kelly, P.A.
Post Office Box 3146
Orlando, FL 32802-3146

Justin M. Luna +
Latham, Shuker, Eden & Beaudine, LLP
P.O. Box 3353
Orlando, FL 32802-3353

Christian P George +
Akerman LLP
50 N. Laura Street, Suite 3100
Jacksonville, FL 32202-3659

Audrey M Aleskovsky +
Office of the United States Trustee
George C. Young Federal Building
400 West Washington St, Suite 1100
Orlando, FL 32801-2210

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients     42
Bypassed recipients      1
Total                   43

**GOLDEN TOUCH TRANSPORTATION, LLC**

**CASE NO. 6:18-bk-02348-KSJ**

**<u>EXHIBIT A</u>**

**AMENDED SUMMARY OF SCHEDULES**

**Fill in this information to identify the case:**

Debtor name      **Golden Touch Transportation, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:18-bk-02348-KSJ**

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                      12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..............................................................    $    1,950,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................    $    218,295.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................    $    2,168,295.00

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $    1,558,292.81

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $    1,238.93

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    1,200,000.00

4.  **Total liabilities** .................................................................................
    Lines 2 + 3a + 3b    $    2,759,531.74

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Exhibit "A"