**[61memo2]** [MEMO–BALLOT]

United States Bankruptcy Court
Middle District of Florida
400 West Washington Street, Suite 5100
Orlando, Florida 32801
(407) 237–8000

August 13, 2018

TO:      Justin Luna

FROM:    M. Henry

SUBJECT:    Acceptable Chapter 11 Language

RE:      Golden Touch Transportation, LLC

CASE NO:    6:18–bk–02348–KSJ

The Judge has requested that the Clerk advise you that the following language should be included in your proposed order confirming a chapter 11 plan of reorganization:

> **"The Court retains jurisdiction for any and all matters that may come before the Court in the administration of the Plan of Reorganization and pursuant to the Order of Confirmation, specifically including but not limited to, the jurisdiction to determine all objections that have heretofore been or may be filed to claims of creditors herein; to fix and award all compensation to parties who may be so entitled; to hear and determine all questions concerning the assets or property of the Debtor, including any questions relating to any sums of money, services, or property due to the Debtor; and determine all matters of any nature or type necessary or appropriate to carry out the Plan.**
>
> **In the event the Debtor fails to follow the provisions of Local Rule 3022–1, the Debtor shall file a report within ninety (90) days from the date of the Order of Confirmation, setting forth the progress made in consummating the Plan. The report shall include:**
>
> **(1)   a statement of distribution by class, name of creditor, date of distribution, and amount paid;**
> **(2)   a statement of transfer of property; and**
> **(3)   a statement of affirmation that the Debtor has substantially complied with the provisions of the confirmed Plan".**

Debtor:   Golden Touch Transportation, LLC

Case Number: 6:18–bk–02348–KSJ

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two–thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court nevertheless may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

**To have your vote counted, you must complete and submit a ballot using CM/ECF for those users with a login and password. For those without a login in and password, you may submit your ballot through the Chapter 11 eBallots Link on the Court's website or by mailing a completed ballot to the Clerk at the address below.**

**Website address: www.flmb.uscourts.gov**

The undersigned, a class_____ creditor of the above–named debtor in the unpaid principal amount of $_____ ,

   (Check one box) ( ) ACCEPTS ( ) REJECTS the Plan of Reorganization of the debtor.

   Dated: _____

   Name of Creditor_____

   Creditor's Signature_____

   By_____
   (If Appropriate)

   As_____
   (If Appropriate)

   Address_____
   _____

All ballots must be received on or before _____

*******************************************************************************

                         ————— For Ballot Tabulation Only ——————
                         *************************************************

Mail to:

Clerk
United States Bankruptcy Court
400 West Washington Street, Suite 5100
Orlando, FL 32801

Ballot No._____ Creditor Class_____

Claim No._____ Claim $_____

Claim Amount per Schedule $_____

*************************************************